1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY QUIRINO,                          1:10-cv-01467-JLT  (HC)

12                Petitioner,
                                               ORDER DENYING MOTION FOR
13         vs.                                 APPOINTMENT OF COUNSEL

14    TERRI GONZALES,
                                               (Doc. 3)
15                Respondent.

16    _____/

17         Petitioner has requested the appointment of counsel, citing his lack of money to retain

18    private counsel and the complexity of the case.  (Doc. 3).  There currently exists no absolute

19    right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze, 258 F.2d

20    479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).  However,

21    Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the

22    case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

23    Cases.  In the present case, the Court does not find that the interests of justice require the

24    appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

25    Petitioner's request for appointment of counsel (Doc. 3), is denied.

26    IT IS SO ORDERED.

27    Dated:   **August 22, 2010**              _____
                                                    **/s/ Jennifer L. Thurston**
28                                              UNITED STATES MAGISTRATE JUDGE